On appellant's motion for extension of time to file brief,
filed April 16; and on respondent's motion to dispense
with necessity to file briefs, filed April 21,
appellant's motion denied; respondent's motion allowed;
judgment affirmed June 1, 1981

JONES,
*Appellant,*
*v.*
SANGER,
*Respondent.*

(No. 41-285, CA A20719)

628 P2d 1274

Theodore S. Bloom, Portland, for the appellant's motion.

Carrell F. Bradley, Hillsboro, for respondent's motion.

Before Joseph, Chief Judge, and Thornton and Warden, Judges.

PER CURIAM

## PER CURIAM

Appellant has moved for an extension of time within which to serve and file his brief until the final disposition in this court or the Supreme Court of the case of *Whipple v. Howser,* 51 Or App 85, 624 P2d 648 (1981). Respondent has moved for an order dispensing with the filing of briefs and affirming the trial court's decision in the light of *Whipple.*

Appellant's motion for an extension of time is denied. Respondent's motion for an order affirming the trial court's decision is allowed, and the judgment is affirmed. *Whipple v. Howser, supra.*